UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HANK WILLIAMS POLLOCK JR,

    Plaintiff,

v.

JOHN PETERSON,

    Defendant.

CASE NO. C14-5232 RBL-JRC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby find and ORDERS as follows:

Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed in forma pauperis (Dkt. 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1 Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a
2 waiver of any other cost(s) of litigation.

3     The Clerk is directed to mail a copy of this Order to Plaintiff.

4     Dated this 20th day of March, 2014.

5

6                                       J. Richard Creatura
7                                       United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2