1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10 | HANK WILLIAMS POLLOCK JR,

11 |             Plaintiff,

12 |     v.

13 | JOHN PETERSON,

14 |             Defendant.

15

| CASE NO. C14-5232 RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR:
JULY 25, 2014

16    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

17 Magistrate Judge J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A)

18 and (B), and local Magistrate Judge Rules MJR3 and MJR4.

19    Plaintiff filed a motion to withdraw his complaint prior to an answer being filed or

20 defendant moving for summary judgment (Dkt. 8).  Fed. R. Civ. P. 41(a)(1)(A) allows a plaintiff

21 to dismiss his action without a Court order before an answer or motion for summary judgment is

22 filed.  Accordingly, the Court recommends dismissal of this action without prejudice.

23    Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

24 fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P.

1   6.  Failure to file objections will result in a waiver of those objections for purposes of de novo

2   review by the district judge. See 28 U.S.C. § 636(b)(1)(C).  Accommodating the time limit

3   imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on July

4   25, 2014, as noted in the caption.

5          Dated this 7th day of July, 2014.

6

7                                                    J. Richard Creatura
                                                     United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2