1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10 | HANK WILLIAMS POLLOCK JR,

11 |               Plaintiff,

CASE NO. C14-5232 RBL-JRC

ORDER

12 |          v.

13 | JOHN PETERSON.

14 |               Defendant.

15

The Court having reviewed the Report and Recommendation of the Hon. J. Richard

16 | Creatura, objections to the Report and Recommendation, if any, and the remaining record, does

17 | hereby find and Order:

    (1)   The Court adopts the Report and Recommendation;

18
    (2)   The Court grants plaintiff's motion to dismiss or withdraw this action

19        pursuant to Fed. R. Civ. P. 41(a)(1)(A). The Court dismisses the action

          without prejudice .

20
DATED this 11th day of August, 2014.

21

22

23                                          RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE
24

ORDER - 1